May 2nd Wednesday 2012

From: The most Honourable Grandmaster Attmad Muhammad ali a.k.a. James Muhammad of the nations of Islam!!!
7901 Farrow Road 5th floor
Columbia, South Carolina 29203

To: The U.S. attorney federal District!
1441 Main Street Suite 500
Columbia, South Carolina
29201

Greetings, Goodday, and as-Salaam alaikum, I sincerely hope all is well in these most Honourable days of Allah God and revelations and spring, please be advised, that, I have filed this legal complaint in my legal handwriting and sane mind, pertaining several issues, the first one is, pertaining Kso care, Justcare, Columbia, Care, Center, Columbia, Regional Care, Center and the Department of mental health at 7901 Farrow Road Columbia, South Carolina 29203 who has continuously, →

over

(2.)

falsely detained me and tampered with, my federal, outgoing and in-coming mail, and has stopped me from sending out, sealed, private, privileged, federal and personal and legal mail, and Geo Care, has left me hostage and has made, Sexual 1st degree, murder attempts, on my life, by medication and contaminated foods and liquids, that, has now caused me to have a hernia, in my right testicol, that, gets, as big as, a orange, they, Geo care has lynched me, without due process, of the law. Please be advised that, I do not have, (any), legal charges, on me, nor have I ever, had, any ligit legal charges, on me, in South carolina nor any other State, please Be advised, as well, that, I was not and am not, a residence, of South carolina. I was living at 156 Jeanine way, in augusta, Ga. 30909 when I got Kidnap, from my mother's house, at 925 Dillon avenue, northwest, aiken, South carolina 29801 please be advised, as well, that, I have not hurt myself, or others, 'physically' nor have I, been found, incompetant, by a Second Judical court, nor do I have any court orders, in South carolina, as

→ over

(3.)

in any other States, or country, please, address this matter, as, soon, as possiable.
Thank you. Kindly,

- If there is, anything, in this complaint, that, may, have offended, any one, of you all, You all have, my Kindest regards,

I am, Sincerely, The most Honourable Grandmaster Ahmad Muhammadali;
"of the Nations, of Islam!"(!)
my Service # is, 1102684
and my federal license # is 1577 03667

my commission expires June 07--2017
Notary public, of S.C.
Civil commissioner
South Muhammad Code name,
R.E.D.                         Peace!!!
(Retired, Extremely, Dangerous, when I am Violated, or my family, or friends
The messenger, of Allah and The Dirty Dirty, South!
Ahmad Muhammad ali